IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-127-D
No. 7:15-CV-1-D

| | | |
|---|---|---|
| TITUS TERRELL GRADY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States shall file a response to petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 96]. The response is due not later than June 5, 2015.

SO ORDERED. This 27 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge