UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-127-D-1
No. 7:15-CV-1-D

| | | |
|---|---|---|
| TITUS TERRELL GRADY, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | |

For good cause having been shown upon the Motion of the respondent, it is hereby ORDERED that respondent be allowed to file a response out of time and is granted an extension of time until June 16, 2015, in which to respond to Petitioner's Motion to Vacate Under 28 U.S.C. § 2255.

SO ORDERED this 16 day of June, 2015.

JAMES C. DEVER, III
Chief United States District Judge