IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-127-D
No. 7:15-CV-1-D

| | |
|---|---|
| TITUS TERRELL GRADY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On March 25, 2020, Titus Terrell Grady moved to correct the record [D.E. 144]. On August 4, 2020, the court ordered the United States to respond to the motion not later than August 28, 2020 [D.E. 147]. To date the government has not filed its response. On February 8, 2021, Grady moved to recall the judgment [D.E. 149]. The United States shall file a response to petitioner's motions [D.E. 147, 149]. The response is due not later than March 5, 2021.

SO ORDERED. This 10 day of February 2021.

JAMES C. DEVER III
United States District Judge