IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-127-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TITUS TERRELL GRADY, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the government's response in opposition to defendant's motion to correct the record [D.E. 154] and response in opposition to defendant's motion to recall the judgment [D.E. 155], the court DISMISSES WITHOUT PREJUDICE defendant's motions [D.E. 144 149]. Defendant's motions are successive section 2255 motions, and the United States Court of Appeals for the Fourth Circuit has not authorized defendant to file such motions. Thus, this court lacks jurisdiction to consider them. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 528–38 (2005); Richardson v. Thomas, 930 F.3d 587, 595–600 (4th Cir. 2019); Moses v. Joyner, 815 F.3d 163, 167–69 (4th Cir. 2016); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003); cf. [D.E. 120, 121, 125, 129]. Alternatively, the claims fail on the merits for the reasons set forth in the government's responses. The court also DENIES a certificate of appealability. See Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 23 day of April 2021.

JAMES C. DEVER III
United States District Judge