IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:12-CR-127-D-1

UNITED STATES OF AMERICA

v.

ORDER

TITUS TERRELL GRADY

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of Courts shall seal Docket Entry 183, Exhibit A to the Government's Response in Opposition to Defendant's Motion for Sentence Reduction, except that a copy may be provided to the United States Probation Office and counsel for the defendant.

DONE AND ORDERED this 25 day of July, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE