UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-00127-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TITUS TERRELL GRADY | ORDER TO SEAL |

On motion of the Defendant, Titus Terrell Grady, and for good cause shown, it is hereby ORDERED that **DE 186** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __25__ day of July, 2025.

JAMES C. DEVER III
United States District Court Judge